UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARJINDER SANDHU,

                Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

                Respondent.

Case No. 2:23-cv-01532-RAJ-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, the petition for writ of federal habeas corpus relief under 28 U.S.C. §2241, and the remaining record, hereby finds and ORDERS:

    1.    The Magistrate Judge's report and recommendation is ADOPTED;

    2.    The Government's motion to dismiss, Dkt. 6, is GRANTED.

    3.    The action is DISMISSED without prejudice as the matter is moot.

    3.    The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 26th day of January, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge